```
 1   SHANA KEATING
     Attorney at Law
 2   1934 Divisadero Street
     San Francisco, CA 94115
 3   415/567-9422
     fax 776-8047
 4   SBN 160900

 5
     Attorney for Defendant
 6   DAMONT KIMBLE

 7
                              UNITED STATES DISTRICT COURT
 8
                             NORTHERN DISTRICT OF CALIFORNIA
 9

10   UNITED STATES OF AMERICA,              Case No. CR 10-00254 MHP

11             Plaintiff,                   STIPULATION TO CONTINUE SETTING

12   vs.

13   DAMONT KIMBLE,

14             Defendant.
                                      /
15

16        IT IS HEREBY STIPULATED by and between the parties, through their undersigned

17   counsel that:

18        The setting currently scheduled for October 25, 2010 at 10:00 a.m  is re-scheduled for

19   November 8, 2010 or another date convenient to the Court and counsel.

20   DATED:    Oct 22, 2010                 Respectfully submitted,

21                                                  /s/
                                            SHANA KEATING
22                                          Attorney for Defendant
                                            DELOYD JONES
23

24   DATED:    Oct 22, 2010                         /s/
                                            DEREK OWENS
25                                          Assistant United States Attorney

26

27

28
```

DECLARATION OF COUNSEL

I, SHANA KEATING, state and declare as follows:

I am an attorney licensed to practice in the state of California and the Northern District of California, the attorney of record for Damont Kimble in the above-entitled matter.

I have been scheduled to appear at the Daubert hearings in the U.S. v. Cerna case before Hon. Alsup between the hours of 7:30 a.m. to 4:30 p.m. on the date currently set for this hearing. Mr. Kimble is in custody and is serving a state court sentence for which he is receiving credits.

I have discussed this matter with United States Attorney Derek Owens. We have agreed that this matter can be put over until November 8, 2010, or another date convenient to the Court and parties.

I state and declare that the foregoing is true and correct to the best of my belief except as to those matters stated on information and belief, and as to those I believe them to be true.  This declaration is executed this 22nd day of October, 2010 in San Francisco, California.

_____/s/_____
SHANA KEATING, Esq.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-00254 MHP |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| DAMONT KIMBLE, | |
| Defendant. | |

GOOD CAUSE APPEARING: it is hereby ordered that the setting previously scheduled for October 25, 2010 be continued to November 8, 2010 at 10:00 a.m.

DATED:  10/25/2010

_____
HON. MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel